UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOANNA BOND ) | |
|     *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-242 |
| ) | |
| EQUIFAX INFORMATION SERVICES, LLC, ) | |
| and US BANK HOME MORTGAGE ) | |
|     *Defendants*. ) | |
| ) | |

**NOTICE OF EXTENSION OF TIME PURSUANT TO LOCAL RULE 6-1(b)**

U.S. Bank National Association, through the undersigned counsel, and pursuant to Local Rule 6-1(b) of the Southern District of Indiana, and Rule 6(b) of the Federal Rules of Civil Procedure, hereby gives notice that through this filing, U.S. Bank seeks an extension of time to March 6, 2020, to respond to the complaint. In support of this notice, U.S. Bank states as follows:

1. This is U.S. Bank's first request for an extension of time. U.S. Bank was served with the summons and complaint on or about January 28, 2020, and the time for it to respond has not yet expired.

2. The sought extension is fewer than twenty-eight days, as the current deadline for U.S. Bank to respond to the complaint is February 18, 2020. March 6, 2020 is only 17 days later.

3. The requested extension does not interfere with the case management plan, scheduled hearings, or other case deadlines, as no case management plan has yet been entered and no hearings are scheduled at this time.

4. Counsel for U.S. Bank sought the concurrence from Bond's counsel prior to filing this notice by both e-mail and telephone, but was unable to reach her attorney. Specifically,

2

on February 10, 2020, at approximately 2:00 p.m. (central time) U.S. Bank's counsel called Bond's attorney to discuss the requested extension and left a message requesting a return call. Immediately after that call, U.S. Bank's counsel sent an e-mail to Bond's counsel requesting a phone call. Then, on February 11, 2020, at 3:25 p.m. central time, counsel for U.S. Bank sent another e-mail to Bond's counsel, again requesting a phone call. Finally, on February 14, 2020, at approximately 3:00 p.m. (central time) U.S. Bank's counsel left another message with Bond's counsel requesting a return call. To date, Bond's attorney has not responded to the e-mails or telephone messages.

As U.S. Bank has complied with Local Rule 6-1(b), U.S. Bank is entitled by the filing of this notice to an extension of time, to March 6, 2020, to respond to the complaint.

Dated:  February 17, 2020

                                                  U.S. BANK NATIONAL ASSOCIATION

                                                  By:        /s/ Ryan A. Sawyer
                                                              *One of Its Attorneys*

Douglas R. Sargent (IL 6290671)
*dsargent@lockelord.com*
Ryan A. Sawyer (IL 6293696)
*ryan.sawyer@lockelord.com*
**LOCKE LORD LLP**
111 S. Wacker Drive
Chicago, IL  60606
T:  (312) 443-1751
F:  (312) 896-6751

## CERTIFICATE OF SERVICE

I, Ryan A. Sawyer, an attorney, certify that I caused the attached *Notice for Extension of Time* to be filed with the Court's CM/ECF system on February 17, 2020, which will cause notice to be served to all parties of record.

/s/ Ryan A. Sawyer

82462063v.1